**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Kooi,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADS Foods LLC,<br><br>　　　　Defendant. | **NO. CV-19-05720-PHX-DLR**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant ADS Foods LLC in the amount of $60,483.20 plus backpay prejudgment interest at a rate of 1.3%.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 6, 2020

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　By　　Deputy Clerk